**J.D. Power Used Cars/Trucks**

**J.D. POWER**

J.D. Power User Car Guide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report.

| | | | |
|---|---|---|---|
| Period: | February 26, 2022 | Region: | Pennsylvania |
| VIN: | 1FTEW1EG0JFC21953 | Ref. Number: | |

### 2018 Ford F150 Crew Cab King Ranch EcoBoost 4WD 3.5L V6 Turbo

| | | | | | |
|---|---|---|---|---|---|
| Mileage: | 57,500 | Adjustment: | $0 | Base MSRP: | $55,025 |
| Weight: | N/A | | | | |

#### J.D. POWER Used Cars/Trucks Values

**Monthly** | Weekly | Weekly Auction

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| | $44,300 | N/A | N/A | $44,300 |
| Trade-In | $46,250 | N/A | N/A | $46,250 |
| | $47,850 | N/A | N/A | $47,850 |
| | $43,175 | N/A | N/A | $43,175 |
| | $52,325 | N/A | N/A | $52,325 |

### Vehicle Information

| | | Trade-In / Loan | Retail | | | Trade-In / Loan | Retail |
|---|---|---|---|---|---|---|---|
| ☐ | Certified Pre-Owned-F150 | N/A | $2,825 | ☐ | Adaptive Cruise Control | $175 | $200 |
| ☑ | Automatic Climate Control | N/A | N/A | ☐ | Blind Spot Monitor | $125 | $150 |
| ☑ | Bluetooth Connection | N/A | N/A | ☐ | Collision Avoidance System | $125 | $150 |
| ☐ | Lane Departure Warning | $100 | $125 | ☑ | Navigation System | N/A | N/A |
| ☑ | Passive Keyless Entry | N/A | N/A | ☐ | Rear Parking Sensors | N/A | N/A |
| ☑ | Univ Garage Door Opener | N/A | N/A | ☐ | 3.5L V6 EcoBoost Engine | N/A | N/A |
| ☑ | Aluminum/Alloy Wheels | N/A | N/A | ☐ | Auxiliary Fuel Tank | $50 | $50 |
| ☐ | Bed Liner | $50 | $50 | ☑ | Cruise Control | N/A | N/A |
| ☐ | Fiberglass Cap | $700 | $775 | ☐ | Fixed Running Boards | $50 | $50 |
| ☑ | Fog Lights | N/A | N/A | ☑ | Heated Exterior Mirrors | N/A | N/A |
| ☑ | Power Adjustable Mirrors | N/A | N/A | ☑ | Power Door Locks | N/A | N/A |
| ☑ | Power Passenger Seat | N/A | N/A | ☐ | Power Running Boards | $150 | $175 |
| ☐ | Power Sunroof | $450 | $500 | ☑ | Power Windows | N/A | N/A |
| ☑ | Remote Engine Starter | N/A | N/A | ☐ | Roll Bar | $225 | $250 |
| ☐ | Snow Plow Pkg./Plow | $2,650 | $2,950 | ☑ | Steering Wheel Mounted AudioControls | N/A | N/A |
| ☐ | Winch | $250 | $275 | ☐ | FX4 Off-Road Pkg. | $475 | $525 |
| ☐ | Towing/Camper Pkg | $350 | $400 | ☑ | Cooled Front Seats | N/A | N/A |
| ☑ | Driver's Seat Memory | N/A | N/A | ☑ | Heated Front Seats | N/A | N/A |
| ☑ | Heated Rear Seats | N/A | N/A | ☑ | B&O Play Stereo System | N/A | N/A |
| ☐ | Locking/Limited Slip Differential | $150 | $175 | | | | |

J.D. Pwoer Used Car Guide and its logo are registered trademarks of National Automobile Dealers Association. © 2022 J.D. Power

J.D. POWER

Leave Us A Message