IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 22-10473-mdc |
| GARY CORNELL, | Chapter 13 |
| Debtors | Doc. No. 22 |
| FIFTH THIRD BANK, N.A., | Hearing Date: 7/19/2022<br>Time: 10:30 a.m.<br>Location: Courtroom #2, Nixon Building |
| Respondent<br>v. | |
| GARY CORNELL, and<br>KENNETH E. WEST, Chapter 13 Trustee<br>Respondents | |

## RESPONSE TO DEBTOR'S MOTION TO DETERMINE VALUATION OF SECURED DEBT OF CREDITOR FIFTH THIRD BANK, N.A.

Respondent, Fifth Third Bank, N.A. (hereafter "Fifth Third"), by and through its undersigned counsel, Bernstein-Burkley, P.C., hereby files this *Response to Debtor's Motion to Determine Valuation of Secured Debt of Creditor Fifth Third Bank, N.A.*:

1. Admitted.

2. Admitted.

3. Denied. By the way of further response, at the date of the petition, Fifth Third shows a valuation of $45,300.00 per NADA.

4. Admitted.

5. Denied as stated. By the way of further response, although it was purchased outside the 910 days from bankruptcy filing, the amount proposed to be paid for the proper valuation is underestimated. The proper value per NADA is $45,300.00.

WHEREFORE, Fifth Third respectfully requests that the court enter an Order denying the Debtor's Motion to Determine Valuation of Secured Debt of Creditor Fifth Third Bank, N.A. with prejudice and allow its claim to govern.

        Respectfully submitted,

        BERNSTEIN-BURKLEY, P.C.

        By:/s/ Keri P. Ebeck
        Keri P. Ebeck, Esq.
        PA I.D. #91298
        kebeck@bernsteinlaw.com
        601 Grant Street, 9th Floor
        Pittsburgh, PA 15219
        (412) 456-8112

        *Counsel for Fifth Third Bank, N.A.*

Dated: July 15, 2022